IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| REPUBLIC FRANKLIN INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN RICK, MAC REAL ESTATE, INC., and STEPHANIE ANDERSON, <br><br> Defendants. | CV 617-130 |

## ORDER

Presently before the Court is the parties' joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 13.) Accordingly, this matter shall be **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of March, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA